**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**F I L E D**

**December 31, 2014**

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*[signature]*

**U.S. Bankruptcy Judge**

OSVRSP13 (7/26/04) rdl

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Mark Alan Denney**
**Deborah Candace Urban Denney**
Debtor(s)

) Case No. **13–32146–elp13**
)
) ORDER OF ADMINISTRATIVE
) SEVERANCE OF CASE; AND,
) REGARDING ONLY THE DEBTOR
) NAMED IN POINT 2 BELOW,
) ASSIGNMENT OF NEW
) BANKRUPTCY CASE NUMBER

It appearing only one debtor, **Mark Alan Denney, filed a motion to sever this case,** now, therefore,

**IT IS ORDERED** that:

1. This case be administratively severed into two separate cases.

2. All future documents for filing that pertain to debtor **Mark Alan Denney** must **BOTH:**

   a. show only the **NEW** case number **14–37053–elp13** AND

   b. show only the name of the debtor **Mark Alan Denney.**

3. All future documents for filing that pertain to debtor **Deborah Candace Urban Denney** must **BOTH:**

   a. show only the **ORIGINAL** case number **13–32146–elp13;** AND

   b. show only the name of the debtor **Deborah Candace Urban Denney.**

Page 1 of 2                * * *  SEE NEXT PAGE  * * *

61

4. The debtor Mark Alan Denney, shall file amended schedules A,B,C,I, and J, a real property tax statement regarding any real property owned by that debtor, and a modified plan and a notice of modification of plan using LBF #1355.05 or LBF #1355.10, as appropriate, within 45 days following 12/31/14. If the debtor Mark Alan Denney fails to file the required documents by such date, that debtor's case will be dismissed without further notice.

5. Claims filed in Case No. 13–32146–elp13 shall be deemed to be timely filed and allowed in the new Case No. 14–37053–elp13 in the amount of the unpaid balance of such claims.

6. Unless otherwise provided for by a plan or court order, future distribution on allowed claims in Case No. 13–32146–elp13 or Case No. 14–37053–elp13 shall not be deemed to be distributions on allowed claims in the other case.

7. The plan in effect in Case No. 13–32146–elp13 shall have no effect in Case No. 14–37053–elp13