IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the FILED date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

                                                            _____
                                                                PETER C. McKITTRICK
                                                                U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | ) | |
|---|---|---|
| | ) | Case No. _____ |
| | ) | |
| | ) | [ONLY FOR CHAPTER 13 CASES] |
| | ) | APPLICATION BY DEBTOR'S ATTORNEY |
| | ) | FOR SUPPLEMENTAL COMPENSATION; |
| Debtor(s) | ) | AND ORDER AND NOTICE THEREON |

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)     IS    IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (7/18/13) **Page 1 of 2**

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
   ___ Schedule 2   ___ Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. **Allowance of this application will require that the distribution to creditors be reduced, the debtor pay more, or a combination of the two. Even if the distribution to creditors is not reduced, payments to creditors may be delayed**, sometimes for an extended period. If the debtor must pay more, the debtor will either be required to make additional or increased plan payments. If you want to know what impact the allowance of this fee application will have on you, you should contact the attorney whose contact information is above. The attorney is required to explain the impact on you of the allowance of the additional compensation within seven days after you request the information.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                                  _____
                                                  Debtor's Attorney


*STOP:* **BEFORE** **SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**


**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

                                                  _____
                                                  Signature & Relation to Applicant

1307 (7/18/13) **Page 2 of 2**

# VANDEN BOS & CHAPMAN, LLP.

ATTORNEYS AT LAW
SUITE 520, THE SPALDING BUILDING
319 S.W. WASHINGTON STREET
PORTLAND, OREGON 97204-2690

ROBERT J VANDEN BOS  Tel: (503) 241-4869
ANN K. CHAPMAN  Website: www.vandenbos-chapman.com  Fax: (503) 241-3731

DOUGLAS R. RICKS
CHRISTOPHER N. COYLE*
*also admitted in Washington

___

```
Deborah Denney                                          Through 09-30-15
19500 Pruneridge Ave., Apt. 10207                       Printed 10-22-15
Cupertino CA  95014-6754                                File No.    8397
```
___

RE: Chapter 13 Bankruptcy

*** SERVICES ***

| Modified Plan/Budget/Schedules | | WHO | RATE | HRS. | AMOUNT |
|---|---|---|---|---|---|
| 10-16-14 | Review and respond to email from Nick Henderson re: Oregon Department of Revenue check. (No Charge) | 14CC | 0.00 | 0.10 | NO CHARGE |
| 10-20-14 | Draft email to client requesting updated budget information. | 14AS | 175.00 | 0.10 | 17.50 |
| 11-10-14 | Review paystubs and updated budget from client; revise budget. | 14AS | 175.00 | 0.45 | 78.75 |
| 11-10-14 | Office conference with attorney (CC) regarding Amended Budget. | 14AS | 175.00 | 0.10 | 17.50 |
| 11-10-14 | Perform updated case audit. | 14AS | 175.00 | 0.30 | 52.50 |
| 11-10-14 | Review e-mail from client re: budget information; Office conference with legal assistant (AS) re: the same. | 14CC | 275.00 | 0.10 | 27.50 |
| 11-10-14 | Office conference with legal assistant (AS) regarding review of budget information, coordination re: separated spouse; updating case audit re: analysis re: remaining priority obligations. | 14CC | 275.00 | 0.10 | 27.50 |
| 11-10-14 | REVERSE CHARGE RE: Office conference with attorney (CC) regarding Amended Budget. | 14AS | 175.00 | -0.10 | -17.50 |
| 11-11-14 | Complete case audit, draft Amended Budget, feasibility analysis and Amended Plan. | 14AS | 175.00 | 0.50 | 87.50 |
| 11-11-14 | Office conference with legal assistant (AS) regarding revisions to budgets, next actions re: the same. | 14CC | 275.00 | 0.10 | 27.50 |
| 11-14-14 | Review amended schedules, case audit; Draft e-mail to client re: | 14CC | 275.00 | 0.35 | 96.25 |

| Date | Description | Code | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | the same. | | | | |
| 11-14-14 | Review and respond to email from client re: amended budgets. | 14CC | 275.00 | 0.10 | 27.50 |
| 01-06-15 | Research file for paystub information; draft email to client requesting additional information. | 15AS | 175.00 | 0.30 | 52.50 |
| 01-07-15 | Review and respond to email from client re: amended plan, division of tax obligations. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-07-15 | Review and respond to email from client regarding paystubs and request for information (.15); review attachments and revise Schedule I based on new information from client. | 15AS | 175.00 | 1.15 | 201.25 |
| 01-12-15 | Review amended budget drafted by legal assistant (AS) ; Office conference with legal assistant (AS) regarding additional revisions, direct legal assistant (AS) regarding the same, sending to client for review. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-12-15 | Office conference with legal assistant (AS) regarding budget review and revisions, email to client re: the same. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-12-15 | Review and respond to email from client re: confirmation re: budget information. (No Charge) | 15CC | 0.00 | 0.10 | NO CHARGE |
| 01-12-15 | Office conference with legal assistant (AS) regarding amended schedules and plan. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-12-15 | Office conference with attorney (CC) regarding Amended Budget. | 15AS | 175.00 | 0.10 | 17.50 |
| 01-12-15 | Revise budget based on new information from attorney (CC). | 15AS | 175.00 | 0.20 | 35.00 |
| 01-12-15 | Office conference with attorney (CC); Revise budget based on new information from attorney (CC); draft email to client regarding budget; prepare attachment. | 15AS | 175.00 | 0.35 | 61.25 |
| 01-12-15 | REVERSE CHARGE RE: Office conference with attorney (CC) regarding Amended Budget. | 15AS | 175.00 | -0.10 | -17.50 |
| 01-12-15 | REVERSE CHARGE RE: Office conference with attorney (CC). | 15AS | 175.00 | -0.10 | -17.50 |
| 01-13-15 | Review and respond to email from client regarding budget and new plan payment amount. | 15AS | 175.00 | 0.05 | 8.75 |
| 01-20-15 | Office conference with legal assistant (AS) regarding status re: revising budget, drafting amended plan. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-20-15 | Review e-mail from client re: status of review of budget, schedules. | 15CC | 275.00 | 0.10 | 27.50 |

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01-20-15 | Office conference with attorney (CC) regarding status of amended budget and drafting Amended Plan. | 15AS | 175.00 | 0.10 | 17.50 |
| 01-20-15 | REVERSE CHARGE RE: Office conference with attorney (CC) regarding status of amended budget and drafting Amended Plan. | 15AS | 175.00 | -0.10 | -17.50 |
| 01-21-15 | Review and respond to email from client re: revisions, comment on amended budgets. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-22-15 | Telephone conference with client re: budget information. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-22-15 | Review e-mail from Nick Henderson re: companion case tax language. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-22-15 | Office conference with legal assistant (AS) regarding revisions to budget, drafting amended plan. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-22-15 | Office conference with attorney (CC) regarding amended budget. | 15AS | 175.00 | 0.05 | 8.75 |
| 01-22-15 | REVERSE CHARGE RE: Office conference with attorney (CC) regarding amended budget. | 15AS | 175.00 | -0.05 | -8.75 |
| 01-26-15 | Office conference with legal assistant (AS) regarding revisions to Schedules I and J. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-26-15 | Review spreadsheet from client; revise budget based on new information. | 15AS | 175.00 | 0.15 | 26.25 |
| 01-26-15 | Office conference with attorney (CC) regarding updated budget; revise budget. | 15AS | 175.00 | 0.10 | 17.50 |
| 01-26-15 | Draft Amended Plan. | 15AS | 175.00 | 0.50 | 87.50 |
| 01-26-15 | REVERSE CHARGE RE: Office conference with attorney (CC) regarding updated budget; revise budget. | 15AS | 175.00 | -0.10 | -17.50 |
| 01-27-15 | Review and revise Amended Plan. | 15CC | 275.00 | 0.15 | 41.25 |
| 01-27-15 | Office conference with legal assistant (AS) regarding revisions to Amended Plan, drafting email to client re: the same; draft email to Trustee re: amendments to plan. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-27-15 | Draft e-mail to Nick Henderson re: Amended Plan and Schedules. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-27-15 | Draft e-mail to Trustee re: Amended Plan and Schedules. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-27-15 | Office conference with attorney (CC) regarding Amended Plans; revise Amended Plan; draft email to attorney (CC) with revised documents attached. | 15AS | 175.00 | 0.40 | 70.00 |
| 01-27-15 | REVERSE CHARGE RE: Office conference with attorney (CC) regarding Amended Plans; revise Amended Plan; draft email to attorney (CC) with revised | 15AS | 175.00 | -0.40 | -70.00 |

| Date | Description | Code | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | documents attached. | | | | |
| 01-28-15 | Review e-mail from client re: approval of Schedules and Amended Plan; Office conference with legal assistant (AS) regarding the same. (No Charge) | 15CC | 0.00 | 0.10 | NO CHARGE |
| 01-29-15 | Review email from Trustee regarding changes to Amended Plan; revise plan based on new information; draft email to client with updated Amended Plan for signature. | 15AS | 175.00 | 0.35 | 61.25 |
| 01-30-15 | Review and respond to emails from client re: amended plan, objections to claims filed by Mark Denney. | 15CC | 275.00 | 0.40 | 110.00 |
| 01-30-15 | Office conference with legal assistant (AS) regarding client review of amended plan; Left detailed voice mail message for Chris Fazio re: requested change; Draft e-mail to Chris Fazio re: the same. | 15CC | 275.00 | 0.20 | 55.00 |
| 01-30-15 | Review and respond to email from Chris Fazio re: amended plan changes. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-30-15 | Review and respond to email from client re: amended plan; direct legal assistant (SP) regarding special notice request. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-30-15 | Review e-mail from Chris Fazio; Review e-mail from client re: schedules and plan. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-30-15 | Review emails from client; telephone conference with attorney (CC) regarding Amended Plan; revise Amended Plan; draft email to client regarding Amended Plan. | 15AS | 175.00 | 0.25 | 43.75 |
| 01-30-15 | Review email from client regarding signed Amended Schedules and Amended Plan; office conference with attorney (CC) regarding same. | 15AS | 175.00 | 0.10 | 17.50 |
| 01-30-15 | REVERSE CHARGE RE: office conference with attorney (CC) regarding same. | 15AS | 175.00 | -0.05 | -8.75 |
| 02-02-15 | Draft Notice of Post-Confirmation Amended Plan; Prepare Amended Plan for filing on ECF. | 15AS | 175.00 | 0.35 | 61.25 |
| 02-02-15 | Draft email to client regarding scanned signature on Amended Plan. | 15AS | 175.00 | 0.15 | 26.25 |
| 02-02-15 | Prepare Amended Schedules for filing on ECF. | 15AS | 175.00 | 0.20 | 35.00 |
| 02-02-15 | File Amended Plan on ECF; docket in CLAS and Wordperfect; process mail. | 15AS | 175.00 | 0.20 | 35.00 |

| Date | Description | Who | Rate | Hrs. | Amount |
|---|---|---|---|---|---|
| 02-02-15 | Review, approve and sign Amended Schedules for ECF (electronic case filing), amended plan for ECF (electronic case filing). | 15CC | 275.00 | 0.05 | 13.75 |
| 02-02-15 | REVERSE CHARGE RE: File Amended Plan on ECF; docket in CLAS and Wordperfect; process mail. | 15AS | 175.00 | -0.20 | -35.00 |
| 02-02-15 | REVERSE CHARGE RE: Prepare Amended Schedules for filing on ECF. | 15AS | 175.00 | -0.20 | -35.00 |
| 02-03-15 | Review and update notes in file re: Amended Schedules and Amended Plan. (No Charge) | 15CC | 0.00 | 0.05 | NO CHARGE |
| 02-05-15 | Review Notice of Post-Confirmation Amendment of Plan filed by Mark Denney. | 15CC | 275.00 | 0.05 | 13.75 |
| 02-25-15 | Review docket re: no objections re: amended plan; direct legal assistant (MR) regarding drafting letter to client re: terms of amended plan. | 15CC | 275.00 | 0.05 | 13.75 |
| 02-26-15 | Draft letter to client memorializing terms of amended plan. | 15MR | 175.00 | 0.30 | 52.50 |
| 02-27-15 | Review and revise letter drafted by legal assistant (MR) regarding amended plan. | 15CC | 275.00 | 0.10 | 27.50 |
| 02-27-15 | Revise and finalize letter to client memorializing amended plan terms. | 15MR | 175.00 | 0.10 | 17.50 |

**Modified Plan/Budget/Schedules Subtotal:**    8.95    **$1,911.25**
**Modified Plan/Budget/Schedules Subtotal:**    0.35    *NO CHARGE*

**Tax Issues**    **WHO**    **RATE**    **HRS.**    **AMOUNT**

| Date | Description | Who | Rate | Hrs. | Amount |
|---|---|---|---|---|---|
| 08-19-15 | Review letter from Internal Revenue Service regarding balance due. | 15CC | 275.00 | 0.05 | 13.75 |
| 09-09-15 | Review letter from Internal Revenue Service regarding amount due. | 15CC | 275.00 | 0.05 | 13.75 |

**Tax Issues Subtotal:**    0.10    **$27.50**

**Fee Application**    **WHO**    **RATE**    **HRS.**    **AMOUNT**

| Date | Description | Who | Rate | Hrs. | Amount |
|---|---|---|---|---|---|
| 07-28-14 | Review, approve and sign Supplemental Fee Application. (No Charge - billed as part of flat fee). | 14CC | 0.00 | 0.05 | NO CHARGE |
| 07-28-14 | Draft fee application. (billed as part of flat fee) | 14JH | 0.00 | 0.35 | NO CHARGE |

**Fee Application Subtotal:**    0.40    *NO CHARGE*

| **Claims Issues/Case Analysis** | | WHO | RATE | HRS. | AMOUNT |
|---|---|---|---|---|---|
| 02-02-15 | Review notes from legal assistant (SP) regarding claim objections to various claims. | 15CC | 275.00 | 0.10 | 27.50 |
| 03-05-15 | Review Notice of Withdrawal of Proof of Claim #3 filed by attorney for TD Bank USA, N.A. | 15CC | 275.00 | 0.05 | 13.75 |
| 03-05-15 | Review Notice of Withdrawal of Proof of Claim 10 in Mark's case filed by attorney for Cerastes, LLC. | 15CC | 275.00 | 0.05 | 13.75 |
| | **Claims Issues/Case Analysis Subtotal:** | | | **0.20** | **$55.00** |

| **General Post-Confirmation Matters** | | WHO | RATE | HRS. | AMOUNT |
|---|---|---|---|---|---|
| 10-06-14 | Review e-mail from client re: 2013 tax returns; forward the same to legal assistant (MR) for review. | 14CC | 275.00 | 0.10 | 27.50 |
| 10-08-14 | Office conference with legal assistant (MR) regarding review of tax returns. (No Charge) | 14CC | 0.00 | 0.10 | NO CHARGE |
| 10-08-14 | Review tax returns. | 14CC | 275.00 | 0.05 | 13.75 |
| 10-08-14 | Download tax returns, redact and save to file. (No Charge) | 14MR | 0.00 | 0.30 | NO CHARGE |
| 10-08-14 | Analyze 2013 tax returns and last filed Schedule I for income compliance. | 14MR | 175.00 | 0.60 | 105.00 |
| 10-08-14 | Draft letter to Trustee regarding 2013 tax returns and income compliance. | 14MR | 175.00 | 0.10 | 17.50 |
| 10-13-14 | Telephone conference with client re: 2013 tax returns, changes in circumstances, options re: the same. | 14CC | 275.00 | 0.20 | 55.00 |
| 10-13-14 | Continued telephone conference with client re: changes in circumstances, procedures re: revisions to budgets. | 14CC | 275.00 | 0.35 | 96.25 |
| 10-14-14 | Address various filing issues with 2013 taxes; Review and respond to emails from client re: the same. | 14CC | 275.00 | 0.45 | 123.75 |
| 10-15-14 | Review and respond to email from client re: Internal Revenue Service Power of Attorney., | 14CC | 275.00 | 0.10 | 27.50 |
| 10-15-14 | Review and respond to email from client re: federal tax returns; Review, approve and sign the same; direct legal assistant (NC) regarding filing the same. | 14CC | 275.00 | 0.15 | 41.25 |
| 10-15-14 | Office conference with legal assistant (CM) regarding check to Oregon Department of Revenue; Draft e-mail to Nick Henderson re: check to Oregon Department of | 14CC | 0.00 | 0.20 | NO CHARGE |

| Date | Description | Code | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | Revenue. (No Charge) | | | | |
| 10-15-14 | Review and respond to email from client re: Oregon Department of Revenue issues. | 14CC | 275.00 | 0.10 | 27.50 |
| 10-15-14 | Review e-mail from client re: Oregon Department of Revenue Power of Attorney; Review, approve and sign 2013 tax returns pursuant to the same; direct legal assistant (NC) regarding filing the same; draft responsive email to client re: the same. | 14CC | 275.00 | 0.15 | 41.25 |
| 10-15-14 | Review and respond to email from client re: clarification re: 2013 income items. | 14CC | 275.00 | 0.10 | 27.50 |
| 12-15-14 | Review e-mail from Nick Henderson re: bifurcation of case. | 14CC | 275.00 | 0.10 | 27.50 |
| 12-16-14 | Left voice mail message for Nick Henderson. (No Charge) | 14CC | 0.00 | 0.10 | NO CHARGE |
| 12-17-14 | Telephone conference with client re: options re: severing case (.65); Telephone conference with Nick Henderson re: the same (.15); continued Telephone conference with client re: the same (.25); review plan and status re: the same (.3). | 14CC | 275.00 | 1.35 | 371.25 |
| 12-29-14 | Draft e-mail to trustee's office re: receipt of bonus; Draft e-mail to Nick Henderson re: severing case. | 14CC | 275.00 | 0.15 | 41.25 |
| 12-30-14 | Review e-mail from Nick Henderson re: Motion to Sever; Review, approve and sign the same; draft responsive email to Nick Henderson re: the same. | 14CC | 275.00 | 0.10 | 27.50 |
| 12-31-14 | Review Stipulated Motion to Sever Chapter 13 Case filed by Nicholas Henderson. | 14CC | 275.00 | 0.05 | 13.75 |
| 01-05-15 | Review Order of Administrative Severance of Case; and, Regarding Only the Debtor Named in Point 2 Below, Assignment of New Bankruptcy Case Number; direct legal assistant (NC) update dat file. | 15CC | 275.00 | 0.05 | 13.75 |
| 01-06-15 | Office conference with legal assistant (AS) regarding drafting amended schedules, amended plan; update re: status of case. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-06-15 | Office conference with attorney (CC) regarding severing case, Amended Schedules, Plan and feasibility analysis. | 15AS | 175.00 | 0.10 | 17.50 |
| 01-06-15 | REVERSE CHARGE RE: Office conference with attorney (CC) | 15AS | 175.00 | -0.10 | -17.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | regarding severing case, Amended Schedules, Plan and feasibility analysis. |  |  |  |  |
| 01-07-15 | Review and respond to email from client re: motion to sever. | 15CC | 275.00 | 0.10 | 27.50 |
| 01-27-15 | Review and respond to email from Trustee regarding 2013 tax returns; office conference with attorney (CC) regarding same. | 15AS | 175.00 | 0.10 | 17.50 |
| 02-06-15 | Review and respond to email from client re: February plan payment. | 15CC | 275.00 | 0.10 | 27.50 |
| 02-13-15 | Draft creditor changes of address (.25); file on ECF; docket in CLAS and Wordperfect; process mail. | 15AS | 175.00 | 0.35 | 61.25 |
| 02-13-15 | Office conference with legal assistant (AS) regarding drafting Changes of Address for creditors. | 15CC | 275.00 | 0.05 | 13.75 |
| 02-13-15 | Review and respond to email from Carla McClurg re: client correspondence. | 15CC | 275.00 | 0.20 | 55.00 |
| 02-13-15 | Review, approve and sign changes for addresses for creditors for ECF (electronic case filing). | 15CC | 275.00 | 0.05 | 13.75 |
| 02-13-15 | REVERSE CHARGE RE: file on ECF; docket in CLAS and Wordperfect; process mail. | 15AS | 175.00 | -0.10 | -17.50 |
| 04-14-15 | Review and respond to email from client re: 2014 tax returns. | 15CC | 275.00 | 0.10 | 27.50 |
| 08-31-15 | Telephone conference with Wayne Godare re: movement of funds; Draft e-mail to Nick Henderson re: the same; Draft e-mail to client re: the same. | 15CC | 275.00 | 0.20 | 55.00 |
| 09-01-15 | Review and respond to email from Peggy O'Neil re: moving payments. | 15CC | 275.00 | 0.10 | 27.50 |

    **General Post-Confirmation Matters Subtotal:**   5.60   **$1,435.00**
    **General Post-Confirmation Matters Subtotal:**   0.70   *NO CHARGE*

---

**TOTAL SERVICES PROVIDED:**     16.30   **$3,428.75**

    **PROFESSIONAL SERVICES PROVIDED**

| | | | | |
|---|---|---|---|---|
| 09-30-15 | Flat fee for fee application | | | 35.00 |
| | **Total Services:** | | | **$3,463.75** |

        *\* \* \* COSTS \* \* \**

| | | **RATE** | **QTY.** | **AMOUNT** |
|---|---|---|---|---|
| 08-31-14 | Postage charges for the month of August, 2014 | 1.00 | 11.5 | 11.52 |
| 01-31-15 | Postage charges for the month of January, 2015. | 1.00 | 27.7 | 27.78 |

                                          *Subtotal:*              *$39.30*

---------------------------------------------------------------------------
**TOTAL COSTS EXPENDED:**                                            39.30

_____

                             **S U M M A R Y**

         Previous Balance                              958.95
         Less Payments Received                       -958.95
                                                    ----------
         **Previous Unpaid Balance:**                                 0.00

         Current Services Provided                  3,463.75
         Current Costs Advanced                        39.30
                                                    ----------
         **Total Current Charges:**                               3,503.05
                                                                ------------
                              **AMOUNT DUE:**                   **$3,503.05**
                                                                ============


_____

                            CLIENT'S TRUST ACCOUNT
_____

                        **Previous Trust Balance:**           **$0.00**
                                **Trust Balance:**            **$0.00**

SERVICES BY TYPE:

```
    Modified Plan/Budget/Schedules          8.95 Hrs     $1,911.25
   Modified Plan/Budget/Schedules           0.35 Hrs    NO CHARGE
    Tax Issues                              0.10 Hrs        $27.50
   Fee Application                          0.40 Hrs    NO CHARGE
    Claims Issues/Case Analysis             0.20 Hrs        $55.00
    General Post-Confirmation Matters       5.60 Hrs     $1,435.00
   General Post-Confirmation Matters        0.70 Hrs    NO CHARGE
```

SERVICES BY PERSON:

```
     Total Services                                    $3,428.75
```

COSTS BY TYPE:

```
                                                        $39.30
       Total Costs                                      $39.30
```